```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar #161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  JOSE MANUEL ARECHIGA-GIL
7
```

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| 11 | UNITED STATES OF AMERICA, ) | NO. CR-S-10-195 EJG |
| 12 | Plaintiff, ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| 13 | v. ) | |
| 14 | JOSE MANUEL ARECHIGA-GIL, ) | Date:  August 27, 2010 |
| 15 | ) | Time:  100 a.m.<br>Judge: Edward J. Garcia |
| 16 | Defendant. )<br>) | |
| 17 | _____ ) | |

18      IT IS HEREBY STIPULATED AND AGREED TO between the United States of

19 America through Michael D. Anderson, Assistant United States Attorney,

20 and JOSE MANUEL ARECHIGA-GIL, by and through his counsel, Matthew C.

21 Bockmon, Assistant Federal Defender, that the status conference

22 presently scheduled for July 9, 2010, be vacated and a new status

23 conference hearing date of August 27, 2010, at 10:00 a.m., be set.

24      This continuance is being requested because additional time is

25 needed for defense preparation and meetings between the parties with

26 the goal being to resolve the case by way of a fast track disposition.

27 / / /

28 / / /

IT IS FURTHER STIPULATED that the period from July 9, 2010, through and including August 27, 2010, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: July 8, 2010

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

*/s/ Matthew C. Bockmon*

MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
JOSE MANUEL ARECHIGA-GIL

Dated: July 8, 2010

BENJAMIN B. WAGNER
United States Attorney

*/s/ Matthew C. Bockmon for*

MICHAEL D. ANDERSON
Assistant U.S. Attorney

**O R D E R**

IT IS SO ORDERED.

Dated: July 8, 2010

/s/ Edward J. Garcia
EDWARD J. GARCIA
United States District Judge