```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE MANUEL ARECHIGA-GIL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOSE MANUEL ARECHIGA-GIL, ) <br> ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | NO. CR-S-10-195 EJG <br><br> **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** <br><br><br> Date:  September 24, 2010 <br> Time:  10:00 a.m. <br> Judge: Edward J. Garcia |

IT IS HEREBY STIPULATED AND AGREED TO between the United States of America through Michele Beckwith, Assistant United States Attorney, and JOSE MANUEL ARECHIGA-GIL, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for August 27, 2010, be vacated and a new status conference hearing date of September 24, 2010, at 10:00 a.m., be set.

This continuance is being requested because additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a fast track disposition.

/ / /

/ / /

1        IT IS FURTHER STIPULATED that the period from August 27, 2010,
2   through and including September 24, 2010, be excluded in computing the
3   time within which trial must commence under the Speedy Trial Act,
4   pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for
5   continuity and preparation of counsel.

7   Dated: August 25, 2010

                                            Respectfully submitted,

                                            DANIEL J. BRODERICK
                                            Federal Defender

                                            /s/ Matthew C. Bockmon
                                            _____
                                            MATTHEW C. BOCKMON
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            JOSE MANUEL ARECHIGA-GIL

15  Dated: August 25, 2010                  BENJAMIN B. WAGNER
                                            United States Attorney

                                            /s/ Matthew C. Bockmon for
                                            _____
                                            MICHELE BECKWITH
                                            Assistant U.S. Attorney


                            **O R D E R**

22  IT IS SO ORDERED.
23  Dated: August 26, 2010

                                            /s/
                                            _____
                                            EDWARD J. GARCIA
                                            United States District Judge

Stip & Order                                2