```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MICHAEL PETRIK, JR., Bar #177913
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  JOSE MANUEL ARECHIGA-GIL
 7
 8             IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
12  UNITED STATES OF AMERICA,    )  NO. CR-S-10-195 EJG
                                 )
13             Plaintiff,        )  STIPULATION AND ORDER CONTINUING
                                 )  STATUS CONFERENCE TO JANUARY 28,
14        v.                     )  2011 AND EXCLUDING TIME
                                 )
15  JOSE MANUEL ARECHIGA-GIL,    )
                                 )  Date: December 10, 2010
16                               )  Time: 10:00 a.m.
               Defendant.        )  Judge: Edward J. Garcia
17                               )
    _____ )
18
```

19     IT IS HEREBY STIPULATED AND AGREED TO between the United States of
20  America through Michele Beckwith, Assistant United States Attorney, and
21  JOSE MANUEL ARECHIGA-GIL, by and through his counsel, Michael Petrik,
22  Jr., Assistant Federal Defender, that the status conference presently
23  scheduled for December 10, 2010, be vacated and a new status conference
24  hearing date of January 28, 2011, at 10:00 a.m., be set.

25     This continuance is being requested because additional time is
26  needed for defense preparation and meetings between the parties with
27  the goal being to resolve the case by way of a fast track disposition.

28

1     IT IS FURTHER STIPULATED that the period from December 10, 2010,
2 through and including January 28, 2010, be excluded in computing the
3 time within which trial must commence under the Speedy Trial Act,
4 pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for
5 continuity and preparation of counsel.

7 Dated: December 8, 2010

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        */s/ Michael Petrik, Jr.*
                                        _____
                                        MICHAEL PETRIK, JR.
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        JOSE MANUEL ARECHIGA-GIL

15 Dated: December 8, 2010              BENJAMIN B. WAGNER
                                        United States Attorney

                                        */s/ Michael Petrik, Jr. for*
                                        _____
                                        MICHELE BECKWITH
                                        Assistant U.S. Attorney

**O R D E R**

22 IT IS SO ORDERED.
23 Dated: December 9, 2010

                                         /s/ Edward J. Garcia
                                        _____
                                        EDWARD J. GARCIA
                                        United States District Judge

Stip & Order                            2