DANIEL J. BRODERICK, Bar #89424
Federal Defender
MICHAEL PETRIK, JR., Bar #177913
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE MANUEL ARECHIGA-GIL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-10-195 EJG |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE TO FEBRUARY 18, 2011 AND EXCLUDING TIME** |
| v. | |
| JOSE MANUEL ARECHIGA-GIL, | Date:  January 28, 2011 |
| Defendant. | Time:  10:00 a.m. |
| | Judge: Edward J. Garcia |

IT IS HEREBY STIPULATED AND AGREED TO between the United States of America through Michele Beckwith, Assistant United States Attorney, and JOSE MANUEL ARECHIGA-GIL, by and through his counsel, Michael Petrik, Jr., Assistant Federal Defender, that the status conference presently scheduled for January 28, 2011, be vacated and a new status conference hearing date of February 18, 2011, at 10:00 a.m., be set.

This continuance is being requested because additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a fast track disposition.

1   IT IS FURTHER STIPULATED that the period from January 28, 2011,
through and including February 18, 2011, be excluded in computing the
time within which trial must commence under the Speedy Trial Act,
pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for
continuity and preparation of counsel.

Dated: January 25, 2011

                                                 Respectfully submitted,

                                                 DANIEL J. BRODERICK
Federal Defender

*/s/ Michael Petrik, Jr.*
_____
MICHAEL PETRIK, JR.
Assistant Federal Defender
Attorney for Defendant
JOSE MANUEL ARECHIGA-GIL

Dated: January 25, 2011    BENJAMIN B. WAGNER
United States Attorney

*/s/ Michael Petrik, Jr. for*
_____
MICHELE BECKWITH
Assistant U.S. Attorney


**O R D E R**

IT IS SO ORDERED.

Dated: January 26, 2011

                                                 /s/ Edward J. Garcia
EDWARD J. GARCIA
United States District Judge

Stip & Order    2